UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JANE DOE, :
:
                Plaintiff, :
: 25-CV-9799 (JMF)
    -v- :
: ORDER
MICHAEL GOWL, JR. et al, :
:
                Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On November 25, 2025, Plaintiff filed a motion seeking to proceed under the pseudonym "Jane Doe." *See* ECF No. 4. The motion is GRANTED temporarily. Defendants shall file any opposition to the motion in one consolidated brief **within two weeks of any Defendant's entering a notice of appearance**. By the **same date**, any non-party who seeks, and is granted, leave to intervene for purposes of being heard on the issue may file an opposition to the motion. Any reply shall be filed **within one week of any opposition**. The Court reserves judgment on whether to grant the motion on a more permanent basis.

      To ensure that the Court has no conflicts that would require recusal, Plaintiff shall promptly file, **under seal**, a declaration disclosing her identity to the Court. To ensure that her name does not appear on the public docket, Plaintiff's counsel should ensure that the declaration is titled "**Declaration of John Doe**."

      Plaintiff shall serve its motion papers and a copy of this Order on all parties who have not yet appeared in this action and file proof of service on ECF.

      The Clerk of Court is directed to terminate ECF No. 4.

      SO ORDERED.

Dated: December 1, 2025  
       New York, New York                           _____  
                                                          JESSE M. FURMAN  
                                                          United States District Judge