```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JANE DOE,                                                         :
                                                                  :
                         Plaintiff,                               :
                                                                  :      25-CV-9799 (JMF)
         -v-                                                      :
                                                                  :      ORDER
MICHAEL A. GOWL, JR.,                                             :
                                                                  :
                         Defendants.                              :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On December 1, 2025, the Court temporarily granted Plaintiff's motion to proceed pseudonymously in this case and set a briefing schedule for any opposition to that motion. ECF No. 30. On December 16, 2025, Defendants filed a brief in opposition. ECF No. 40. On December 19, 2025, Plaintiff filed a letter — under seal — asserting that Defendants' opposition papers violate the Court's December 1, 2025 Order by disclosing identifying information and effectively nullifying her Court-ordered anonymity. *See* ECF No. 41. She thus requests that the Court "strike Defendants' opposition in its current form and direct Defendants to refile" after "removing or anonymizing" certain identifying information. *Id.* at 4.

In light of Plaintiff's motion, the Court directed the Clerk's Office to convert Defendant's opposition brief to Court-view only. No later than **December 30, 2025**, Plaintiff shall provide Defendants with her proposed redactions to their opposition brief. No later than **January 5, 2026**, Defendants shall (1) refile their opposition brief with Plaintiff's requested redactions and (2) file — under seal — a version of the opposition brief with the redacted material highlighted. The Court intimates no view about the propriety of the redactions (or the purported impropriety

of Defendants' filing their opposition brief without such redactions) and will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. Plaintiff's deadline to file a reply brief remains **December 23, 2025**. *See* ECF No. 30.

Finally, Plaintiff filed her letter under seal (and *ex parte* — though she then transmitted it directly to Defendants, *see* ECF No. 42, at 1 n.1) — but in doing so, she failed to follow this Court's procedures for filing a document under seal, which are set forth in the Court's Individual Rules and Practices, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The Court sees no basis for the letter to remain sealed in its entirety. No later than **December 30, 2025**, Plaintiff shall, in accordance with the Court's Individual Rules and Practices, file a redacted version of her letter on ECF. The Court will assess the propriety of Plaintiff's redactions when deciding Plaintiff's motion to proceed pseudonymously.

SO ORDERED.

Dated: December 22, 2025  
New York, New York

JESSE M. FURMAN  
United States District Judge