UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JANE DOE,

                    Plaintiff,                    25-CV-9799 (JMF)

      -v-                                                   ORDER

MICHAEL A. GOWL, JR. et al,

                    Defendants.

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On January 30, 2025, counsel for Plaintiff, Jane Doe, filed a motion to withdraw as Plaintiff's counsel. *See* ECF Nos. 50-51. In connection with that motion, counsel also seeks leave to submit a supporting declaration ex parte and under seal. *See* ECF No. 49.

       By **January 5, 2026**, Plaintiff's counsel shall serve (1) the withdrawal motion and any supporting documents and (2) a copy of this Order on their clients, and **by January 8, 2026**, file proof of such service on the docket. *See* S.D.N.Y. Local Rule 1.4. Any opposition to the motion to withdraw shall be filed by **January 9, 2026**; any reply shall be filed by **January 14, 2026**. Unless and until the Court grants the motion, Joseph & Norinsberg, LLC remains counsel of record. If Plaintiff has secured new counsel, new counsel shall promptly enter a notice of appearance to ensure a smooth transition of counsel in the event that the motion to withdraw is granted.

       In addition, counsel's request to file an accompanying declaration ex parte and under seal, *see* ECF No. 49, is hereby GRANTED temporarily. The Court will assess whether to keep the declaration ex parte once it is filed and whether to keep it sealed or redacted when deciding the underlying motion.

       Pending resolution of the withdrawal motion, the deadlines for Plaintiff to send any proposed redactions to Defendants and for Defendants to file a redacted version of their opposition papers, *see* ECF No. 44, are hereby ADJOURNED *sine die*. The Clerk of Court is directed to terminate ECF No. 49.

       SO ORDERED.

Dated: December 30, 2025
       New York, New York
                                                               JESSE M. FURMAN
                                                           United States District Judge