# Morgan Lewis

**Brian A. Herman**
Partner
+1.212.309.6909
brian.herman@morganlewis.com

January 14, 2026

**VIA ECF**

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Jane Doe v. Michael A. Gowl, Jr., et al.,* Case No. 1:25-cv-09799 (JMF)

Dear Judge Furman:

We represent Defendants Michael J. Wade, New State Capital Partners LLC, NS PRC Investment LLC, Patuxent R&C Acquisition, LLC, Patuxent Intermediate LLC, and Patuxent Roofing & Contracting, LLC[1] (the "PAX Defendants"). We write regarding Plaintiff's counsel of record's pending motion to withdraw (*see* ECF No. 50).

While the PAX Defendants do not object to Plaintiff's counsel of record ultimately withdrawing, we write to correct the record to the extent Plaintiff or her counsel has suggested in any *ex parte* submission that undersigned counsel has engaged in settlement discussions (or any communications regarding a potential settlement) with withdrawing Plaintiff's counsel. Prior to the filing of the withdrawal motion, Plaintiff filed a letter stating that she had "transmitted an ex parte email to Chambers" that "note[d], for contextual purposes only, that Defendants— including New State Capital Partners LLC, NS PRC Investment LLC, Patuxent R&C Acquisition, LLC, Patuxent Intermediate LLC, Patuxent Roofing & Contracting, LLC, and Michael Wade—have communicated with Plaintiff's counsel of record regarding potential settlement discussions." See ECF No. 48. No such discussions have taken place.

Thank you for your consideration.

Respectfully submitted,

---

[1] "Patuxent Roofing & Contracting, LLC d/b/a Pax Services Group" is an improper defendant because there is no legal entity with that name. The PAX Defendants reserve all rights with respect to their defenses that "Patuxent Roofing & Contracting, LLC d/b/a Pax Services Group" is not a legal entity that is capable of being sued.

January 14, 2026
Page 2

MORGAN, LEWIS & BOCKIUS LLP

*s/ Brian A. Herman*

By: Brian A. Herman
Douglas T. Schwarz
Maria Fernanda DeCastro
101 Park Avenue
New York, NY 10178-0060
T: (212) 922-1080
F: (212) 309-6001
brian.herman@morganlewis.com
doug.schwarz@morganlewis.com
maria.decastro@morganlewis.com

*Attorneys for Defendants*
*Michael J. Wade, New State Capital Partners, NS PRC Investment LLC, Patuxent R&C Acquisition, LLC, Patuxent Intermediate LLC, and Patuxent Roofing & Contracting, LLC*

cc: Counsel of Record, via ECF

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060                +1.212.309.6000
United States                                     +1.212.309.6001