January 20, 2026

**Via E-Mail**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Jane Doe v. Gowl, Jr., et al.,* *MICHAEL A. GOWL, JR., individually; MICHAEL J. WADE, individually; NEW STATE CAPITAL PARTNERS LLC; NS PRC INVESTMENT LLC; PATUXENT R&C ACQUISITION, LLC; PATUXENT INTERMEDIATE LLC; PATUXENT ROOFING & CONTRACTING, LLC d/b/a PAX SERVICES GROUP; LEGACY ACQUISITION FUND, LLC; PRC SELLER HOLDINGS, INC.; PRC SELLER INTERMEDIATE LLC; and COASTAL POOLS, LLC,*
No. 25-CV-9799 (JMF)

## REQUESTING TEMPORARY PAUSE PENDING PLAINTIFF'S OPPOSITION DEADLINE

Dear Judge Furman:

I, Jane Doe, respectfully submit this brief letter to request limited, temporary relief.

As reflected on the docket and communicated through ECF to Defendants and counsel of record, I advised the Court that I am recovering from an illness while attempting to meet the Court's deadline. *See* ECF No. 57. To file my opposition **this Friday**. As has repeatedly occurred in this matter, significant pressure has arisen immediately prior to a filing deadline. During this period, there has been substantial motion activity, threats, communications, and pressure that has made it difficult for me to focus my energy on reviewing the record and completing my filing.

Given my medical recovery and my current deadline obligations, I respectfully ask that the Court **pause any rulings, grants of relief, extensions**, or other action until I have had a fair opportunity to recover, review the materials, and file my opposition by the Court-ordered deadline. *See* ECF No. 57. I further note, for purposes of clarity only, that defense counsel appear to represent all defendants, and the recurring use of labels such as "Gowl Defendants," despite Defendant Gowl's role as a PAX executive and the involvement of counsel representing PAX-related entities, has resulted in overlapping and sometimes fragmented filings that add confusion and complexity to the docket, particularly for litigant attempting to meet a Court deadline.

I respectfully note that the volume of recent communications and pressure is prejudicing my ability to comply with the Court's schedule. I intend to address the relevant facts —

including recent conduct by defense counsel and counsel of record during this period — in my formal court filing. This letter is submitted solely to request temporary procedural protection so that I may be heard on a complete and fair record.

    Thank you for the Court's consideration.

                                                      Respectfully submitted,
                                                     Jane Doe
                                                     Plaintiff

On June 20, 2026, Plaintiff emailed this letter to Chambers. Plaintiff is reminded that she may not send submissions directly to Chambers. Instead, communications with the Court must be either filed by her counsel on the Court's Electronic Case Filing ("ECF") system or by her with the Court's Pro Se Intake Unit. Plaintiff may contact the Pro Se Intake Unit by either (1) emailing the communication as an attachment in PDF format to Pro_Se_Filing@nysd.uscourts.gov (for instructions, see https://nysd.uscourts.gov/forms/instructions-filing-documents-email); or (2) mailing the communication to the Pro Se Intake Unit, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Any future submissions emailed to chambers will be disregarded. In light of Plaintiff's concerns, moreover, the Court notes that, at this time, it does not intend to take further action until the motion to withdraw is fully submitted.

   SO ORDERED.

   January 21, 2026