January 23, 2026

<u>Via ECF</u>
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>**Jane Doe v. Gowl, Jr., et al.,**</u>
*No. 25-CV-9799 (JMF)*

## REQUEST TO FILE SWORN DECLARATION AND COMMUNICATIONS UNDER SEAL / IN CAMERA

Dear Judge Furman:

    I, Jane Doe, respectfully request permission to file under seal a sworn declaration and certain accompanying exhibits, or, in the alternative, to submit those materials for in camera review at the Court's discretion. This request is made in connection with my reply concerning counsel of record's motion to withdraw and related defense misconduct. It is **limited solely to the sworn declaration and exhibits submitted in support of that reply**. I do not seek to seal the reply or the motion itself, which I intend to file on the public docket.

    The materials at issue include communications, records containing identifying information, and other sensitive documents. Because these materials contain numerous references to my legal name and other identifying details, comprehensive redaction would be impracticable and would risk either inadvertent disclosure or loss of necessary context. Certain exhibits also involve matters of confidentiality and privilege that are appropriately assessed in complete form to avoid prejudice.

    I make this request pursuant to the Court's inherent authority to manage its docket, to protect sensitive submissions, and to conduct in camera review where appropriate. To the extent I may have misunderstood or imperfectly applied the Court's procedures or Judge Furman's practices governing sealed or in camera submissions, I apologize and defer entirely to the Court's guidance and preferred procedures.

    Thank you for the Court's consideration.

Respectfully submitted,

Jane Doe
Plaintiff

---

The motion to seal is granted temporarily.  The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motions.  The Clerk of Court is directed to terminate ECF No. 66.

SO ORDERED.

*/s/ Jesse M. Furman*
January 23, 2026