Exhibit B

From: **Isabelle Kirshner** <kirshner@clayro.com>
Date: Tue, Dec 30, 2025 at 8:50 AM
Subject: Coastal Pools Electronic Devices
To: Bennita Joseph <bennittaj@gmail.com>
Cc: Brian Linder <linder@clayro.com>


Ms. Joseph:

As you know, your client misappropriated a cell phone, two laptops, and an iPad (the "Devices") belonging to Coastal Pools, LLC (the "Company"). Upon her termination, she was obligated to return all company property in her possession to the Company in accordance with Company policy. Your client's immediate prior counsel has confirmed on multiple occasions that he has retrieved (and is in possession of) the Devices. Although your client had no legitimate expectation of privacy with respect to her personal use of company devices in accordance with the terms of the employee manual, the Company has offered (to three different sets of lawyers) to have an outside IT consultant image the devices and to share the imaged data with Plaintiff's counsel, with the cost of such imaging being split between the Company and Plaintiff. To date, your client has refused to cooperate in the return of the Devices.

In the event that we do not reach an agreement with respect to imaging of the data and return of the devices to the Company by this Friday, the Company intends to pursue all available legal remedies against your client.


--
Isabelle Kirshner
Clayman Rosenberg Kirshner & Linder, LLP
305 Madison Avenue
Ste. 650
New York, N.Y. 10165

Exhibit D

Forwarded message

From: **Isabelle Kirshner** <kirshner@clayro.com>
Date: Thu, Dec 18, 2025 at 10:03 AM
Subject: Doe v. Gowl, et al
To: <bennittaj@gmail.com>
Cc: Brian Linder <linder@clayro.com>


Dear Ms. Joseph:

Brian Linder and I represent Michael Gowl and Coastal Pools in connection with the above matter. I am writing in response to the email you sent Brian this morning. We would like to speak with you about prior settlement discussions related to this matter and ways to avoid motion practice. We cannot consent to an extension of time to reply without speaking to our client and we will not speak with our client until we speak with you. Please let us know your availability for a phone call.


--
Isabelle Kirshner
Clayman Rosenberg Kirshner & Linder, LLP
305 Madison Avenue
Ste. 650
New York, N.Y. 10165

Exhibit E

**From:** "Brian D. Linder" <linder@clayro.com>
**Date:** December 19, 2025 at 12:59:41 PM EST
**To:** Gionalis Beato <gio@norinsberglaw.com>
**Cc:** dollar@clayro.com, kirshner@clayro.com, bherman@morganlewis.com, douglas.schwarz@morganlewis.com, maria.decastro@morganlewis.com, Jon Norinsberg <jon@norinsberglaw.com>, Bennitta Joseph <bennitta@employeejustice.com>, Priscilla Sandoval <priscilla@employeejustice.com>
**Subject:** [EXT]Re: Jane Doe v. Michael Gowl, Jr., et al. | Immediate Withdrawal Required – Violation of Court Order Protecting Plaintiff's Anonymity

Mr. Norinsberg:

We are in receipt of the letter you sent this morning regarding Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Pseudonymous Status and for a Protective Order.

Defendants' Memorandum was filed via ECF on Tuesday, December 16th. You waited three days--until Friday, December 19th at 11:12 a.m.--to raise any objections to this filing and then demanded that Defendants' counsel remove this filing by 1 p.m. today--less than two hours after sending your letter.  Moreover, as you are aware, we reached out to Ms. Joseph two days ago to discuss a number of issues relating to the matter.  And Ms. Kirshner followed up with an email to her reiterating our request.  Among the issues we informed her we wished to discuss was the complaint's false allegations regarding your client's residence.

We disagree with your characterization of our Memorandum of Law.  We do not believe that we have constructively identified the plaintiff.  However, if you provide us with specific redactions, we will consider seeking to replace the current filing.  Failing that, the publicly filed, redacted version of Defendants' Memorandum complies with the Court's December 1st Order temporarily granting Plaintiff leave to proceed under a "Jane Doe" pseudonym. As such, we will not "withdraw" it, as your letter demands. In the event that the Court orders Defendants to re-file their Memorandum with further redactions, we will of course fully comply with any such order.


---------------------------------------------------

Brian D. Linder
Clayman Rosenberg Kirshner & Linder LLP
60 East 42nd Street, Suite 650
New York, New York 10165

Exhibit G

**From:** Herman, Brian A. <brian.herman@morganlewis.com>
**Sent:** Thursday, June 5, 2025 7:46:05 PM
**To:** Joshua B. Katz <jbk@kbg-law.com>; Douglas Walker <dwalker@mdswlaw.com>
**Cc:** Maggie McGannon <mnm@kbg-law.com>; Schwarz, Douglas T. <douglas.schwarz@morganlewis.com>
**Subject:** RE: [External] Final Settlement Draft

Josh –

We are working on this with the clients and will revert tomorrow.  My hope is that we can close this out tomorrow and be done.


Brian A. Herman
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6000 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

Exhibit H

**From:** "Schwarz, Douglas T." <douglas.schwarz@morganlewis.com>
**Date:** November 29, 2025 at 4:48:07 PM EST
**To:** Bennitta Joseph <bennitta@employeejustice.com>
**Cc:** Jon Norinsberg <jon@norinsberglaw.com>, "Herman, Brian A." <brian.herman@morganlewis.com>, Douglas Walker <dwalker@mdswlaw.com>
**Subject:** [EXT]RE: Jane Doe v. Michael Gowl, Jr., individually and in his official capacity, et al.


Counsel:


Our firm represents and will waive service for the following defendants:


Michael J. Wade

New State Capital Partners LLC

NS PRC Investment LLC

Patuxent R&C Acquisition, LLC

Patuxent Intermediate LLC

Patuxent Roofing & Contracting, LLC d/b/a Pax Services Group


Douglas Walker, copied here, will waive service for the following defendants:


Michael A. Gowl, Jr.

Legacy Acquisition Fund, LLC

PRC Seller Intermediate LLC

PRC Seller Holdings, Inc.

Coastal Pools, LLC


Please let us know if you would like us to prepare the waiver forms or if you have any question regarding service.


Regards,


Doug Schwarz

# Exhibit I

The Wayback Machine - https://web.archive.org/web/<mark>20251007</mark>020832...



📞 **1-855-729-7510**      ◉  Emergency Repairs

≡

CONTACT



# Mike Gowl

*Executive Chairman*

in

**Mike Gowl is the Executive Chairman at PAX Services Group (PAX). In 2013, Mike seized the opportunity to return to contracting by acquiring Patuxent Roofing**


 1-855-729-7510      Emergency Repairs



CONTACT

# 404

The page you requested could not be found. Use the navigation above to locate the post.

GO TO HOMEPAGE

Exhibit J



It was important to me and the

## that our next partner really understood the way we go to market

and the discipline in which we operate the business. New State Capital Partners quickly understood the value proposition that we deliver to our customer base and has been a great thought partner. The PAX Services Group team is enthusiastic about the next stage in our company's growth story with New State as a partner."



Mike Gowl
CEO, Pax Services Group

# Sorry!

**What you're looking for doesn't exist or has been moved.**

Use the menu to find what you're looking for, or click here to go to our home page.

NEW STATE
CAPITAL PARTNERS

### About

Criteria

Portfolio

About Us

Team

### Partners

Founders & owners

Independent sponsors

Investment banks

Investors

## Subscribe to keep in touch

Email

Submit

**Stay current with us or**

©2026 New State Capital Partners  |  All Rights Reserved  |  Accessibility Statement  |  Disclaimer +

tps://www.newstatecp.com/testimonial/mike-gowl/