February 2, 2026

**<u>Via ECF</u>**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***<u>Jane Doe v. Gowl, Jr., et al.,</u>***
*No. 25-CV-9799 (JMF)*

## **<u>NOTICE REGARDING URGENT EX PARTE COMMUNICATION</u>**

You Honor:

    I, Jane Doe, respectfully submit this letter to notify Chambers that an urgent ex-parte communication was transmitted earlier today at approximately 3:50 p.m. The communication concerned misconduct by my counsel of record while I await the Court's ruling.

    I sincerely apologize for the necessity of this submission. The communication was transmitted on an urgent basis solely to prevent further harm and procedural chaos of the type already documented in my recent filings, including ECF Nos. 68 and 73. The nature of the communication is limited to attorney-client matters and does not address any substantive issues that would be of interest to, or require response from, the defense.

    If, after review, the Court determines that the communication should be placed on the public docket, I respectfully note that it contains no personal identifiers, and I will fully defer to and respect the Court's decision in that regard.

    I regret the need to raise these matters but am left with no alternative but to bring issues to the Court's attention where significant conduct has occurred outside the Court's supervision. My intent is to maintain transparency, restore order, and proceed with full respect for the Court and the judicial process.

    Thank you for the Court's consideration.

                                                                   Respectfully submitted,

                                                                   Jane Doe
                                                                   Plaintiff