UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>     -against-<br><br>MICHAEL A. GOWL, JR., individually; MICHAEL J. WADE, individually; NEW STATE CAPITAL PARTNERS LLC; NS PRC INVESTMENT LLC; PATUXENT R&C ACQUISITION, LLC; PATUXENT INTERMEDIATE LLC; PATUXENT ROOFING & CONTRACTING, LLC d/b/a PAX SERVICES GROUP; LEGACY ACQUISITION FUND, LLC; PRC SELLER HOLDINGS, INC.; PRC SELLER INTERMEDIATE LLC; and COASTAL POOLS, LLC.<br><br>                    Defendants. | Civil Action No.: 1:25-cv-09799 |

**PLA DECLARATION OF ███████████ IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW**

                                                                                         Jane Doe
                                                                                         Plaintiff, Pro Se

1

I, ███████████ hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Plaintiff in this action and the individual proceeding under the pseudonym Jane Doe pursuant to this Court's orders. I submit this declaration in support of Plaintiff's Memorandum of Law in Response to Counsel of Record Withdrawal, Attorney Misconduct, Coercive Litigation Tactics, and Impediments to a Fair Proceeding.

2. I have personal knowledge of the facts set forth in the accompanying memorandum. All statements contained therein are true and correct to the best of my knowledge, information, and belief.

3. The memorandum was prepared and filed by me personally due to the imminent expiration of court-imposed deadlines and the absence of timely, substantive guidance from counsel during a critical period of these proceedings.

4. Although I sought legal assistance, counsel did not have access to my documents or the complete record in sufficient time to review the materials or provide informed guidance prior to filing. Accordingly, I proceeded pro se for purposes of this submission.

5. I am not an attorney. Any non-substantive errors or deviations from formal legal convention are unintentional and are made in good faith under constrained and exceptional circumstances.

6. I exercised due diligence in researching applicable law and compiling the evidentiary record cited in the memorandum. This declaration and the accompanying filing are submitted solely to provide the Court with a complete, accurate, and contextualized

account of conduct that has materially affected these proceedings, including events occurring outside the formal docket.

7. I submit this declaration so that the Court may fully evaluate the factual record, assess the procedural posture of the case, and exercise its inherent authority to ensure fairness, order, and the integrity of the judicial process.

Dated: New York, New York
January 23, 2026

Respectfully submitted,

▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬ Plaintiff Pro Se

3