

Downtown Manhattan Office
One World Trade Center, 85th Floor
New York, New York 10007

Midtown Manhattan Office
825 Third Avenue, Suite 2100
New York, New York 10022

Newark Office
One Gateway Center, Suite 2600
Newark, New Jersey 07102

Philadelphia Office
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

Boston Office
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

Orlando Office
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

**Jon Norinsberg, Esq.**
jon@norinsberglaw.com

February 10, 2026

***Via ECF Only***
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: **Doe v. Gowl, Jr., et al., No. 1:25-cv-09799-JMF;**
     <u>**Certification of Production of Complete Client File**</u>

Dear Judge Furman:

  Pursuant to the Court's February 3, 2026 Memorandum Opinion and Order, counsel respectfully submits this letter to certify that Plaintiff Jane Doe has been provided with her complete client file.

  On February 10, 2026, counsel provided Plaintiff Jane Doe with a complete copy of her client file via a secure file transfer link and transmitted the access information to Plaintiff at her email address on file.

  We thank the Court for its time and attention.

                  Respectfully submitted,

                  _____
                  JON NORINSBERG, ESQ.