UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
MARCIA ROE, :
:
Plaintiff, :
: 25-CV-9799 (JMF)
-v- :
: ORDER
MICHAEL A. GOWL, JR. et al, :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court previously ordered Plaintiff, who is currently proceeding without counsel and has been temporarily granted leave to proceed under the pseudonym "Jane Doe," to either consent to electronic service via ECF or move to participate as an ECF filer no later than February 10, 2026. *See* ECF No. 78. On that date, the Court received a communication from Plaintiff, attached here, indicating that she had been advised that she could not create a PACER account under the pseudonym "Jane Doe" and asking the Court for guidance.

      The undersigned spoke with members of the Clerk's Office, who explained that creating a PACER or ECF account in the name "Jane Doe" is not feasible because of the volume of "Jane Does" in the ECF system. To resolve this issue, permit Plaintiff to maintain her anonymity (as long as she is permitted to proceed pseudonymously), and ensure that Plaintiff receives filings in a timely fashion as long as she is proceeding without counsel, the Court will change Plaintiff's pseudonym to "Marcia Roe." Plaintiff should create a PACER account using the name "Marcia Roe" for the purposes of this litigation. Plaintiff should also create a new email address using that name to open that PACER account. If Plaintiff needs additional guidance on these matters, she should contact the ECF Help Desk by calling 212-805-0800.

      The Court will treat all prior references to "Jane Doe" as references to "Marcia Roe." Accordingly, there is no need for Plaintiff to amend her Complaint. Going forward, however, the parties should refer to Plaintiff as "Marcia Roe" in all filings.

      The Clerk of Court is directed to amend the docket to conform to the caption on this Order — i.e., by changing Plaintiff's name from "Jane Doe" to "Marcia Roe." The Court's staff will email a copy of this Order to Plaintiff.

SO ORDERED.

Dated: February 11, 2026
      New York, New York

                                               JESSE M. FURMAN
                                               United States District Judge

| | |
|---|---|
| **From:** | Jane Doe |
| **To:** | Furman NYSD Chambers |
| **Subject:** | URGENT_No. 25-CV-9799_ECF 78_Electronic Service Issue_Court_Guidance |
| **Date:** | Tuesday, February 10, 2026 1:59:28 PM |
| **Attachments:** | Pro Se Chambers Guidance.pdf |

**CAUTION - EXTERNAL:**

Dear Chambers,

Attached is a letter explaining the current situation regarding electronic service pursuant to the Court's Order, ECF No. 78, with a deadline of February 10. I attempted to resolve this issue with the Pro Se Office, but was informed that it was not possible and was advised to contact chambers for guidance.

Thank you for the Court's consideration.

Respectfully,
Jane Doe

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

February 10, 2026

**Via E-MAIL**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: ***Jane Doe v. Gowl, Jr., et al.,***
           *No. 25-CV-9799 (JMF)*

You Honor:

     I am contacting chambers regarding guidance I received from the Pro Se Office. I spoke with two representatives, who directed me to a supervisor. The supervisor then advised me to contact chambers for further direction, as I was informed that I am currently unable, as a *pro se* litigant proceeding under the pseudonym Jane Doe, to open a PACER account.

     I also wish to note that I do not feel safe providing my physical address to defense counsel. Given the background set forth in my Memorandum of Law *see* **ECF 68** at 17 and the Complaint, I have serious safety concerns about disclosing my residential address to the defense.

     I write to notify the Court of this issue. If I am unable to open a PACER account and monitor the docket, I will be focusing on securing new counsel between now and **February 17**. In the meantime, if PACER access cannot be arranged, I respectfully request guidance as to whether the Court would consider directing that no filings be made until new counsel appears, as I would otherwise be unable to monitor the docket, be served with future filings, or respond appropriately.

     I am contacting chambers to explain the current circumstances and to seek the Court's guidance.

     Thank you for the Court's consideration.

Dated: New York, New York
       February 10, 2026

                                                            Respectfully submitted,

                                                            Jane Doe
                                                            Plaintiff