February 11, 2026

> On February 11, 2026, the Court received this letter from Plaintiff via email (attached). As to Plaintiff's first request, by separate Order entered today, the Court will offer guidance to Plaintiff as to how to proceed with electronic service pseudonymously. As to her second request, cognizant of the fact that Plaintiff's former counsel has certified compliance with the Court's Order requiring counsel to provide Plaintiff with her complete client file, *see* ECF No. 81, the Court directs counsel to respond to Plaintiff's letter no later than **February 17, 2026**. The Court will email a copy of this endorsement to Plaintiff and to her former counsel.
>
> SO ORDERED.
>
> [signature]
>
> February 11, 2026

**Via ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***Jane Doe v. Gowl, Jr., et al.,***
*No. 25-CV-9799 (JMF)*

Your Honor:

    I write to respectfully bring several matters to the Court's attention and to seek guidance on how to proceed.

    February 10, 2026, I submitted an *ex-parte* communication to Chambers regarding an ongoing electronic filing issue, at the direction of the Pro Se Office. In that communication, I also advised Chambers that I do not feel safe disclosing my physical address to defense counsel, given the documented history of conduct set forth in my Complaint and in my filing. *see*, ECF No. 68 at 17.

    Following that submission, I continued to contact my former attorneys, who are in the process of finalizing their withdrawal. Despite repeated requests, they have not transmitted my complete client file. Specifically, they have not produced emails and communications I previously requested with defense counsel, communications with the PR firm they retained, voicemails left by defense counsel, and other third-party communications. I have made these requests on multiple occasions, both orally and in writing.

    I raise these matters not to burden the Court with issues that should have been resolved by former counsel, but to seek the Court's guidance on how to proceed. Despite repeated requests, a follow-up voicemail, and numerous prior requests, I have received no response.

    I respectfully request guidance from the Court on (1) how I may proceed with electronic service pseudonymously, and without disclosing my physical address to defense counsel as an alternative to electronic service *see* ECF No. 78 at 4, at least on a temporary basis until I retain new counsel; and (2) how I may obtain my complete client file from former counsel consistent with the Court's orders *see* ECF No. 78 at 3.

    Thank you for the Court's consideration.

                                                Respectfully submitted,

                                                Jane Doe, Plaintiff.

|              |                                                                                                                                           |
|--------------|-------------------------------------------------------------------------------------------------------------------------------------------|
| **From:**    | Jane Doe                                                                                                                                  |
| **To:**      | Furman NYSD Chambers                                                                                                                      |
| **Cc:**      | Pro Se Filing                                                                                                                             |
| **Subject:** | Prose_Intake_Filing Issue_No. 25-CV-9799 (JMF)_Letter Motion for Guidance Regarding Electronic Service and Production of Client File      |
| **Date:**    | Wednesday, February 11, 2026 4:17:03 PM                                                                                                   |
| **Attachments:** | Letter Motion for Guidance Regarding Electronic Service and Production of Client File.pdf                                             |

**CAUTION - EXTERNAL:**

Dear Chambers,

I apologize for the expedited communications. Following the Court's Order, ECF No. 78 at 4, I have exhausted my attempts to obtain guidance from the Pro Se Office, and I am contacting the Court to bring this filing to its attention.

I am attaching a letter that the Pro Se Office has been unable to file due to technical issues.

They advised me that the document needed to be flattened, which I have now done twice. This is the second flattened version, but they still state they are unable to file it and cannot explain the issue. The supervisor advised that I may alternatively mail the document, but my deadline is tomorrow regarding whether my counsel must provide my physical address to defense if I cannot proceed with electronic service.

Accordingly, I am attaching the document that was intended to be filed through the Pro Se Office.

Thank you for the Court's consideration.

Respectfully,
Jane Doe.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.