UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------

MARCIA ROE,                                          :

                  Plaintiff,          :

                          :    25-CV-9799 (JMF)

        -against-                           :

                          :

MICHAEL A. GOWL, JR.,                                :

MICHAEL J. WADE,                                     :    **NOTICE OF MOTION**

NEW STATE CAPITAL PARTNERS LLC,                      :

NS PRC INVESTMENT LLC,                               :

PATUXENT R&C ACQUISITION, LLC,                       :

PATUXENT INTERMEDIATE LLC,                           :

PATUXENT ROOFING & CONTRACTING, LLC,                 :

LEGACY ACQUISITION FUND, LLC,                        :

PRC SELLER HOLDINGS, INC.                            :

PRC SELLER INTERMEDIATE LLC, and                     :

COASTAL POOLS, LLC,                                  :

                          :

                Defendants.        :

-------------------------------------------------------------------

    **PLEASE TAKE NOTICE** that upon the annexed Declaration of Isabelle A. Kirshner, Esq., dated January 7, 2026, the exhibits thereto, the accompanying memorandum of law (collectively, the "Motion Papers"), and upon all prior proceedings had in this matter, Defendants Michael A. Gowl, Jr., Legacy Acquisition Fund LLC, PRC Seller Holdings, Inc., PRC Seller Intermediate LLC, and Coastal Pools LLC  will make a motion before the Hon. Jesse M. Furman, taken on submission unless the Court orders otherwise, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, for an order, pursuant to Rule 11(c) of the Federal Rules of Civil Procedure ("FRCP"), imposing sanctions against Plaintiff "Marcia Roe" (f/k/a "Jane Doe"), and Bennitta L. Joseph, Esq., Jon L. Norinsberg, Esq., and Joseph & Norinsberg, LLC (collectively, "Plaintiff's Former Counsel"), together with such other and further relief as the Court deems just and proper.

Pursuant to FRCP 11(c)(2), the Motion Papers were served on Plaintiff's Former Counsel on January 8, 2026, more than 21 days prior to the instant filing, and the challenged papers have not been withdrawn or appropriately corrected.

Dated:  New York, New York
     February 17, 2026

Plaintiff and her former counsel shall file any opposition **no later than March 3, 2026.**  Any reply shall be filed by **March 10, 2026**.

Defendants are directed to serve a copy of this endorsement on Plaintiff's former counsel and to file proof of service on ECF **no later than February 20, 2026.**

SO ORDERED.

February 18, 2026

           CLAYMAN ROSENBERG
           KIRSHNER & LINDER LLP

By: Isabelle A. Kirshner, Esq.
   Brian D. Linder, Esq.
   Thomas W. Dollar, Esq.
   305 Madison Avenue, Suite 650
   New York, New York 10165
   Tel: (212) 309-6000
   Fax: (212) 949-8255
   kirshner@clayro.com
   linder@clayro.com
   dollar@clayro.com

   *Attorneys for Defendants*
   *Michael A. Gowl, Jr., Legacy Acquisition*
   *Fund LLC, PRC Seller Holdings, Inc.,*
   *PRC Seller Intermediate LLC, and*
   *Coastal Pools LLP*