

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

March 3, 2026

*Via ECF Only*
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **Doe v. Gowl, Jr., et al., No. 1:25-cv-09799-JMF**

Your Honor,

We previously represented Plaintiff Jane Doe in the above-referenced action. We write now to inform the Court that we intend to file an Opposition to Defendants' Motion for Sanctions and, in connection with that filing, we respectfully request leave to submit a Declaration and supporting exhibits *ex parte* and under seal. Plaintiff's current counsel, James Moore, Esq., consents to this request.

The reason for this application is that the subject Declaration and supporting exhibits contain confidential attorney-client communications that are essential to establishing Counsel's compliance with Federal Rule of Civil Procedure 11. Disclosure of those communications on the public docket would compromise the attorney-client privilege, implicate counsel's ethical obligations, and risk prejudice to Plaintiff. Accordingly, while the opposition filed on the public docket will be limited to non-privileged material, leave to file Counsel's Declaration and supporting exhibits under seal is necessary to ensure the Court has a complete and accurate factual record concerning Plaintiff's good-faith compliance with Rule 11 without sacrificing the protections afforded by the attorney-client privilege.

Based on the foregoing, we respectfully request permission to submit Counsel's Declaration and supporting exhibits *ex parte* under seal, for the Court's *in camera* review, in connection with the forthcoming Opposition to Gowl Defendants' Motion for Sanctions.

We thank the Court for its consideration of this request.

Dated: New York, New York
March 3, 2026

Respectfully Submitted,

**JOSEPH & NORINSBERG, LLC**

_____
Jon L. Norinsberg, Esq.
*Attorneys for Plaintiff*
825 Third Avenue, Suite 2100
New York, New York 10022
Tel. No.: (212) 227-5700
Fax: (212) 656-1889
jon@employeejustice.com

Former counsel's request to file a supporting declaration and exhibits ex parte and under seal is hereby GRANTED temporarily.  The Court will assess whether to keep the materials ex parte once they are filed and whether to keep them sealed or redacted when deciding the underlying motion.  The Clerk of Court is directed to terminate ECF No. 105.

SO ORDERED.

March 4, 2026