UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MARCIA ROE, :
:
Plaintiff, :
: 25-CV-9799 (JMF)
-v- :
: ORDER
MICHAEL A. GOWL, JR. et al, :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On February 27, 2026, the Court temporarily granted Plaintiff permission to file a declaration in connection with her opposition to Defendants' pending sanctions motion *ex parte* and under seal. ECF No. 102. The Court stated that it would "assess whether to keep the declaration ex parte once it is filed." *Id.* Thereafter, on February 3, 2026, Plaintiff's counsel attempted to submit two (nearly identical) declarations as well as various exhibits, *see* ECF Nos. 103-04, *ex parte* and under seal, but inadvertently filed them in public view, *see* ECF No. 109. After Plaintiff alerted Chambers of the issue in the attached email communication, the Court's staff restricted the filings to Court-view only.

      Having reviewed the declarations and attached exhibits, the Court sees no basis for those documents to remain *ex parte*, except to the extent that they (1) reveal Plaintiff's home address, and (2) where ECF No. 104-6 is concerned, contain medical records. *See Aguilar v. Baton Corp. Ltd.*, No. 25-CV-00880 (CM), 2025 WL 3523133, at *6 (S.D.N.Y. Dec. 9, 2025) (noting that "[c]ourts in this District generally disfavor reviewing ex parte, in camera declarations"). Accordingly, **no later than March 6, 2026**, Plaintiff shall share the filings with Defendants with any redactions required to maintain the confidentiality of those categories of information. **By the same date**, Plaintiff shall file a letter with the Court certifying compliance with this Order.

      SO ORDERED.

Dated: March 4, 2026
      New York, New York
                                          JESSE M. FURMAN
                                          United States District Judge

| | |
|---|---|
| **From:** | Jane Doe |
| **To:** | Furman NYSD Chambers |
| **Cc:** | Jim Moore; Judith Livingston; Dekeisha George |
| **Subject:** | URGENT_ No. 25-CV-9799 (JMF) |
| **Date:** | Tuesday, March 3, 2026 7:21:20 PM |

**CAUTION - EXTERNAL:**

Dear Chambers,

I apologize for the expedited communication.

I am writing to inform the Court that I have notified my counsel regarding an inadvertent filing issue relating to ECF Nos. 103 and 104. Specifically, ECF No. 103 was not filed under seal and contains my address, and ECF No. 104 was not filed ex parte as intended. Both filings were intended to be submitted ex parte and under seal.

I have directed my counsel to notify defense counsel of the mistake and to request that they not open, review, or use these filings, as they were intended to be filed ex parte pursuant to the Court's Order (ECF No. 102) granting temporary ex parte and sealing relief in light of my safety concerns.

I also apologize on behalf of my counsel. They are newly appearing in this matter and have not previously practiced before this Court. The motion was filed the same day as their appearance, and they are still in the process of reviewing the extensive docket and Chambers' Individual Rules while navigating the ECF system.

My counsel has already contacted the Court requesting that ECF Nos. 103 and 104 be corrected to reflect ex parte and sealed filing, rather than their current designation.

I sincerely apologize for the inconvenience to the Court and wanted to ensure Chambers was promptly informed.

Respectfully,

Marcia Roe.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.