UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MARCIA ROE,                                                       :
:
                Plaintiff,                    :
:    25-CV-9799 (JMF)
      -v-                                                         :
:    <u>ORDER</u>
MICHAEL A. GOWL, JR. et al,                                       :
:
                Defendant.                    :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On March 6, 2026, counsel for Plaintiff filed a proposed order seeking substitution of counsel in this case. *See* ECF No. 115. Given the history of this case to date, no later than **March 11, 2026**, Plaintiff's counsel shall file a letter explaining the reason(s) for substitution of counsel. *Cf.* Local Civil Rule 1.4(b). To the extent that letter requires disclosure of sensitive information or privileged communications, counsel may file the letter *ex parte* in the first instance.

       SO ORDERED.

Dated: March 9, 2026
       New York, New York
                                                                   JESSE M. FURMAN
                                                                  United States District Judge