UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                          :

MARCIA ROE,                              :

                   Plaintiff,      :

                               :        25-CV-9799 (JMF)

       -v-                      :

                               :           ORDER

MICHAEL A. GOWL, JR. et al,       :

                               :

               Defendants.     :

                               :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On March 4, 2026, the Court temporarily granted Plaintiff's former counsel permission to file a declaration and supporting exhibits in connection with counsel's opposition to Defendants' pending sanctions motion *ex parte* and under seal. ECF No. 108. The Court stated that it would "assess whether to keep the declaration ex parte once they are filed." *Id.* Consistent with the Court's Order, Plaintiff's former counsel subsequently filed that declaration and its exhibits *ex parte* and under seal. ECF No. 111.

Having reviewed the declaration and attached exhibits, the Court sees no basis for ECF Nos. 3-6 to remain *ex parte*, except to the extent that they contain Plaintiff's home address. Accordingly, **no later than March 18, 2026**, Plaintiff's former counsel shall share these filings with Defendants with any redactions required to maintain the confidentiality of Plaintiff's home address. By the same date, former counsel shall file a letter with the Court certifying compliance with this Order.

In light of this decision, Defendants' deadline to file a reply to their pending sanctions motion is hereby REINSTATED. *See* ECF No. 113. Defendants shall file a reply, if any, **no later than March 25, 2026.**

       SO ORDERED.

Dated: March 17, 2026
      New York, New York                          _____
                                            JESSE M. FURMAN
                                          United States District Judge