

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Brian D. Linder
Partner
linder@clayro.com

June 24, 2026

<u>VIA ECF</u>

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Marsha Roe v. Michael Gowl, Jr. et al.
<u>25 -CV-09799 (JMF)</u>

Dear Judge Furman:

We represent defendants Michael A. Gowl, Jr., Legacy Acquisition Fund, LLC, PRC Seller Holdings, Inc., PRC Seller Intermediate LLC, and Coastal Pools, LLC in connection with the above-referenced matter.  We write to bring to the Court's attention a recent development that bears on the Plaintiff's Motion for Leave to Proceed Under Pseudonym and For Protective Order and the defendants' opposition thereto.

We have learned that the plaintiff has initiated at least one telephone conversation with counsel for Mr. Gowl's ex-wife and has disclosed details concerning plaintiff's allegations in the complaint and her interactions with Mr. Gowl.  We request that the Court consider this additional information in connection with the arguments set forth in section IV and in section V relating to plaintiff's asserted "fragile psychological condition," fear of retaliation, and harm from disclosure because of the stigma she will face from disclosure of her identity.

Respectfully,

Brian D. Linder