## EISENBERG ⬧ BAUM, LLP

June 25, 2026

**<u>VIA ELECTRONIC FILING</u>**
Hon. Jesse M. Furman
United States District Judge
United States District Court, Southern District of New York
Danie Patrick Moynihan
United States Courthouse
500 Pearl Street
Courtroom 24B
New York, NY 10007

> **Re:    Marcia Roe v. Michael A. Gowl et al.,**
> **Case No. 1:25-cv-09799 (JMF)**

Dear Judge Furman:

Plaintiff respectfully submits this brief response to Defendants' June 24, 2026 letter (ECF Doc. 125).

At the outset, Defendants' letter is inaccurate. Moreover, it contains unsupported allegations that have no bearing on the pending Motion for Leave to Proceed Under a Pseudonym and for Protective Order. Even accepting Defendants' allegations as true solely for purposes of argument, the assertions contained in the letter do not alter the balancing analysis before the Court. Notably, Defendants do not allege that Plaintiff identified herself during the purported communication or otherwise caused her identity to become public. Rather, Defendants reference an alleged private communication concerning Plaintiff's allegations and attempt to draw an unsupported connection to Plaintiff's psychological condition, fear of retaliation, and concerns regarding stigma.

Accordingly, Plaintiff respectfully submits that the fully briefed motion remains ripe for determination and that Defendants' letter provides no basis for supplementing the record or for consideration by the Court in deciding the pending motion.

Respectfully submitted,

/s/ Reyna Lubin
Reyna Lubin, Esq.
**EISENBERG & BAUM, LLP**
24 Union Square East, Penthouse
New York, NY 10003
Tel: (212) 353-8700
Fax: (917) 591-2875
rlubin@eandblaw.com